205 So.2d 606

**Wally OLIVER**

**v.**

**P. A. MARTIN, Jr.**

No. 49060.

Jan. 24, 1968.

The application is denied. The case is now moot. The judgment of the Court of Appeal is correct.